IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA A. LOTT, | : |
|     Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 06-0265-BH-M |
| JO ANNE B. BARNHART, | : |
| Commissioner of | |
| Social Security, | : |
|     Defendant. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Secretary's decision be **AFFIRMED** and that this action be **DISMISSED**.

**DONE** this 13th day of December, 2006.

                                        s/ W. B. Hand
                                   SENIOR DISTRICT JUDGE